IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Snyder Brothers, Inc.,                          :
                    Petitioner                  :
                                                :      No.  1043 C.D. 2015
          v.                                    :
                                                :
Pennsylvania Public Utility                     :
Commission,                                     :
                    Respondent                  :
                                                :
                                                :
Pennsylvania Independent Oil & Gas              :
Association,                                     :
                    Petitioner                  :
                                                :      No.  1175 C.D. 2015
          v.                                    :
                                                :
Pennsylvania Public Utility                     :
Commission,                                     :
                    Respondent                  :

## _AMENDING ORDER_

AND NOW, this 6th day of April, 2017, the third sentence of the last full paragraph on page 2 in the opinion filed March 29, 2017, is amended to reflect the following correction:

> In its answer and new matter, SBI claimed that the wells were stripper wells, not vertical wells, and thus **[not]** subject to impact fees.

_____
PATRICIA A. McCULLOUGH, Judge